**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 525 MAL 2022
:
Respondent  :
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.  :
:
:
DOMINIC RAYMOND ZIZZO, III,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

  **AND NOW**, this 11th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.